UNITED STATES of America,
Plaintiff–Appellee,

v.

Antonio HERNANDEZ–HINOJOSA,
a.k.a. Tony X, Defendant–
Appellant.

No. 12–15555
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 16, 2013.

Ramona Albin, Michael B. Billingsley, Ryan K. Buchanan, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Plaintiff–Appellee.

Donald L. Colee, Jr., Law Office of Donald L. Colee, Jr., Birmingham, AL, Defendant–Appellant.

Before HULL, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Donald L. Colee, Jr., appointed counsel for Antonio Hernandez–Hinojosa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hernandez–Hinojosa's conviction and sentence are **AFFIRMED.**